IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
v.
REHEIM HARRIS,
    Movant

Case No. 3:07-cr-36-KRG-KAP
Case No. 3:13-cv-160-KRG-KAP

Supplemental Report and Recommendation

Having reviewed the transcript of the relevant portions of the transcript of the guilty plea, docket no. 337, and concluding that it reflects movant's knowing and voluntary waiver of any motion to vacate based on any claim advanced in the motion to vacate or the Rule 59 motion, I recommend that the Rule 59 motion at docket no. 326 be denied.

Pursuant to 28 U.S.C.§ 636(b)(1), the parties are given notice that they have fourteen days to serve and file written objections to this Report and Recommendation.

DATE: 5 March 2016

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel of record by ECF