IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    v.
REHEIM HARRIS,
    Movant

: Case No. 3:07-cr-36-KRG-KAP
: (Case No. 3:13-cv-160-KRG-KAP)

Memorandum Order

The movant's Motion Pursuant to Fed.R.Civ.P. 59(e), docket no. 326, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on February 19, 2016, docket no. 336, supplemented on March 8, 2016 at docket no. 338, recommending that the motion be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After de novo review of the record of this matter, together with the Report and Recommendation, and noting the absence of objections thereto, the following order is entered:

AND NOW, this 23rd day of March, 2016, it is

ORDERED that the Motion Pursuant to Fed.R.Civ.P. 59(e), docket no. 326, is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark the civil matter at Case No. 13-cv-160 closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF